### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

STEPHANIE LEINER, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

   vs.

JOHNSON & JOHNSON CONSUMER
COMPANIES, INC.,

       Defendant.

Case No.: 15-CV-5876

Hon. Elaine E. Bucklo

### PLAINTIFF'S UNOPPOSED MOTION FOR
### PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiff Stephanie Leiner ("Plaintiff"), individually and on behalf of herself and all others similarly situated, moves this Court for preliminary approval of the proposed Settlement and Class notice. As is more fully set forth in the Memorandum of Law filed herewith, Plaintiff states as follows:

1. The proposed Settlement meets the standards for preliminary approval;

2. The factors considered in the Seventh Circuit when determining final approval also support preliminary approval of the proposed Settlement;

3. The proposed notice program is appropriate; and

4. Defendants do not oppose the relief sought herein.[1]

WHEREFORE, Plaintiff respectfully requests that the Court grant preliminary approval and enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice dated August 18, 2016, (*see* Dkt. No. 75-1, Ex. 1 to Ex. A of Declaration of James C. Shah, filed August 18, 2016) and submitted in accordance with this Court's case management procedures.

---

[1] However, Defendants deny any wrongdoing or liability and the Settlement is not an admission of wrongdoing or liability by the Defendants.

Dated:   August 18, 2016

POMERANTZ LLP

*/s/ Jayne A. Goldstein*

Jayne A. Goldstein, Esq.
Perry Gattegno, Esq.
10 S. LaSalle St., Suite 3505
Chicago, IL 60603
T:  (312) 377-1181
Email: jagoldstein@pomlaw.com
Email: pgattegno@pomlaw.com

James B. Zouras, Esq.
Jorge A. Gamboa, Esq.
Ryan F. Stephan, Esq.
Andrew C. Ficzko, Esq.
**STEPHAN ZOURAS, LLP**
205 N. Michigan Ave., Suite 2560
Chicago, IL 60601
T:  (312) 233-1550
F:  (312) 233-1560

James C. Shah, Esq.
Natalie Finkelman Bennett, Esq.
**SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP**
35 East State Street
Media, PA 19063
T:  (610) 891-9880
F:  (866) 300-7367
Email: jshah@sfmslaw.com
Email: nfinkelman@sfmslaw.com

*Counsel for Plaintiff Stephanie Leiner and
the Putative Class*

2