# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE LEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　Defendant. | Case No.: 15-CV-5876<br><br>Hon. Elaine E. Bucklo |

## CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS

Class Representative Stephanie Leiner ("Leiner"), by her counsel, Pomerantz LLP and Shepherd, Finkelman, Miller & Shah, LLP ("Class Counsel"), respectfully moves this Court for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards. As is more fully set forth in the Memorandum of Law filed herewith, Leiner states as follows:

1. The proposed Settlement resolves the captioned action and meets the standards for final approval;

2. Class Counsel seek an award of attorneys' fees of 33% of the net amount of the Settlement Fund less the administration costs and requested service awards, which amount to $5,000 each to the four Class Representatives in recognition of their significant efforts undertaken to assist Class Counsel and the Settlement Class; and

3. The requested fee is eminently fair and reasonable, and the Class has been notified of the requested fee amount.[1]

---

[1] Class Counsel will file the remainder of the necessary papers with regards to the Final Approval of the Settlement on or before their due date of January 4, 2017.

WHEREFORE, Plaintiff respectfully requests that the Court grant Class Counsel's Motion For An Award Of Attorneys' Fees, Reimbursement Of Expenses, And Service Awards dated December 8, 2016, submitted in accordance with this Court's case management procedures.

Dated: December 8, 2016

**POMERANTZ LLP**

*/s/ Jayne A. Goldstein*

Jayne A. Goldstein, Esq.
Perry Gattegno, Esq.
10 S. LaSalle St., Suite 3505
Chicago, IL 60603
T: (312) 377-1181
Email: jagoldstein@pomlaw.com
Email: pgattegno@pomlaw.com

James B. Zouras, Esq.
Jorge A. Gamboa, Esq.
Ryan F. Stephan, Esq.
Andrew C. Ficzko, Esq.
**STEPHAN ZOURAS, LLP**
205 N. Michigan Ave., Suite 2560
Chicago, IL 60601
T: (312) 233-1550
F: (312) 233-1560

James C. Shah, Esq.
Natalie Finkelman Bennett, Esq.
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
35 East State Street
Media, PA 19063
T: (610) 891-9880
F: (866) 300-7367
Email: jshah@sfmslaw.com
Email: nfinkelman@sfmslaw.com

*Counsel for Plaintiff Stephanie Leiner and the Putative Class*