Stephanie Leiner

                                        Plaintiff,

v.                                         Case No.:
1:15−cv−05876

Honorable Elaine E.
Bucklo

Johnson & Johnson Consumer Companies, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2017:

       MINUTE entry before the Honorable Elaine E. Bucklo: Class Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards [85]; Plaintiff's Motion for Leave to Exceed Page Limit in Plaintiff's Motion for Final Approval [89]; Memorandum of Law in Support of Class Counsel's Motion for Final Approval of Class Action Settlement [91] are granted. Enter Final Settlement Order and Judgment. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.